# U.S. Bankruptcy Court
## District of Massachusetts

In Re:                                                            Case No: 15-40889
                                                                  Chapter 13

Daniel P. Henley

     Debtor

## Order of Dismissal

Due to the failure of the Debtor to comply with the Court's Order of 5/5/2015, the Debtor having failed to file all the required documents timely, it is hereby ordered that the above-entitled case be and hereby is DISMISSED.

Date: May 11, 2015

_____
Bankruptcy Judge

c:   Debtor
     Debtor's counsel
     Trustee