```
                                   Henley Matrix.txt
UniBank for Savings
49 Church Street
Whitnsville, MA 01588

Enhanced Recovery Company
PO Box 57547
Jacksonville, FL 32241

National Grid
Po Box 11739
Newark, NJ 07101

Internal Revenue Service
15 New Sudbury Street
Boston, MA 02203

Town of Canaan
PO Box 38
Canaan, NH 03741
```