# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

_____
Henley, Daniel P.                                )
                                                 )
        Debtor,                         )         CHAPTER 13
                                                 )         CASE NO. 15-40889
                                                 )
_____)

## MOTION TO RECONSIDER

Now comes Debtor, Daniel P. Henley, in the above referenced case and hereby respectfully requests this Court reconsider the dismissal of his case for failure to file the Matrix and further grant his request to vacate said dismissal. The Matrix has been filed concurrently with this motion.


Dated: May 12, 2015

                                    Respectfully Submitted,

                                    <u>s/ Todd S. Dion</u>
                                    Todd S. Dion Esq. (659109)
                                    1599 Smith Street
                                    North Providence, RI 02911
                                    401-965-4131 Phone
                                    401-639-4331 Fax
                                    [toddsdion@msn.com](mailto:toddsdion@msn.com)

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2015, a copy of the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on the parties listed on the NEF as not receiving electronic notice, including the following creditors of debtor;

UniBank for Savings
49 Church Street
Whitnsville, MA 01588

Enhanced Recovery Company
PO Box 57547
Jacksonville, FL 32241

National Grid
Po Box 11739
Newark, NJ 07101

Internal Revenue Service
15 New Sudbury Street
Boston, MA 02203

Town of Canaan
PO Box 38
Canaan, NH 03741

                                                     _/s/ Todd S. Dion_
                                                     Todd S. Dion, Esq.