### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

_____
Henley, Daniel P.                                     )
                                                      )
       Debtor,                         )         CHAPTER 13
                                                      )         CASE NO. 15-40889
                                                      )
_____)

### MOTION EXTENSION OF TIME

    Now comes Debtor, Daniel P. Henley, in the above referenced case, who hereby respectfully requests this Honorable Court Grant his Motion for an Extension of Time to file the missing documents Ordered to be filed in this case by May 19, 2015 (See; Order to Update, Document No. 5), to May 27, 2015. As reason therefore, Debtor states that due his recent work schedule, he has been unable to provide his Counsel in this matter with all the necessary information which would allow said Counsel to complete the missing documents. Further, Debtor states that with the upcoming Memorial Holiday weekend he will have the free time to finish gathering the information requested by his Counsel, so as to enable said Counsel to file the missing documents with this Honorable Court by on or before May 27, 2015.

    WHEREFORE, for good cause shown, Debtor, Daniel P. Henley, respectfully requests this Honorable Court Grant his Motion for an Extension of Time to on or before May 27, 2015, to file all missing documents Ordered filed in this case.

Dated: May 19, 2015

                                              Respectfully Submitted,

                                              s/ Todd S. Dion
                                              Todd S. Dion Esq. (659109)
                                              1599 Smith Street
                                              North Providence, RI 02911
                                              401-965-4131 Phone
                                              401-639-4331 Fax
                                              toddsdion@msn.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2015, a copy of the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on the parties listed on the NEF as not receiving electronic notice, including the following creditors of debtor;

UniBank for Savings
49 Church Street
Whitnsville, MA 01588

Enhanced Recovery Company
PO Box 57547
Jacksonville, FL 32241

National Grid
Po Box 11739
Newark, NJ 07101

Internal Revenue Service
15 New Sudbury Street
Boston, MA 02203

Town of Canaan
PO Box 38
Canaan, NH 03741

  _/s/ Todd S. Dion_ _
  Todd S. Dion, Esq.