05/19/2015 ALLOWED.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

_____
Henley, Daniel P.                              )
                                               )
        Debtor,                        )        CHAPTER 13
                                               )        CASE NO. 15-40889
                                               )
_____)

## MOTION EXTENSION OF TIME

      Now comes Debtor, Daniel P. Henley, in the above referenced case, who hereby respectfully requests this Honorable Court Grant his Motion for an Extension of Time to file the missing documents Ordered to be filed in this case by May 19, 2015 (See; Order to Update, Document No. 5), to May 27, 2015. As reason therefore, Debtor states that due his recent work schedule, he has been unable to provide his Counsel in this matter with all the necessary information which would allow said Counsel to complete the missing documents. Further, Debtor states that with the upcoming Memorial Holiday weekend he will have the free time to finish gathering the information requested by his Counsel, so as to enable said Counsel to file the missing documents with this Honorable Court by on or before May 27, 2015.

      WHEREFORE, for good cause shown, Debtor, Daniel P. Henley, respectfully requests this Honorable Court Grant his Motion for an Extension of Time to on or before May 27, 2015, to file all missing documents Ordered filed in this case.

Dated: May 19, 2015

                                      Respectfully Submitted,

                                      s/ Todd S. Dion
                                      Todd S. Dion Esq. (659109)
                                      1599 Smith Street
                                      North Providence, RI 02911
                                      401-965-4131 Phone
                                      401-639-4331 Fax
                                      toddsdion@msn.com