

05/29/2015 ALLOWED.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

_____
Henley, Daniel P. )
 )
        Debtor, ) CHAPTER 13
 ) CASE NO. 15-40889
 )
_____)

### MOTION TO RECONSIDER

Now comes Debtor, Daniel P. Henley, in the above referenced case and hereby respectfully requests this Court reconsider the dismissal of his case for failure to file the Matrix and further grant his request to vacate said dismissal. The Matrix has been filed concurrently with this motion.

Dated: May 12, 2015

                                          Respectfully Submitted,

                                          s/ Todd S. Dion
                                          Todd S. Dion Esq. (659109)
                                          1599 Smith Street
                                          North Providence, RI 02911
                                          401-965-4131 Phone
                                          401-639-4331 Fax
                                          toddsdion@msn.com