## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re

  Daniel P. Henley

Chapter 13
Case No. 15-40889 -MSH

Debtor

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Order**

Attorney Todd Dion is to appear at a hearing to be held on

      WEDNESDAY, JULY 8, 2015 AT 2:15 P.M.

to show cause why he should not be required to disgorge the fee paid to him in this case and why the case should not be dismissed for failure to file the schedule of financial affairs, the means test (Form 22C-1), a chapter 13 plan and evidence of insurance.

By the Court,

_(signature)_

_____

  Melvin S. Hoffman
United States Bankruptcy Judge

Dated: June 3, 2015