**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

_____
Henley, Daniel P.                                                 )
                                                                            )
                Debtor,                                         )          CHAPTER 13
                                                                            )          CASE NO. 15-40889
                                                                            )
_____)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2015, a copy of the foregoing Chapter 13 Plan, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on the parties listed on the NEF as not receiving electronic notice, including the following creditors of debtor;

UniBank for Savings
49 Church Street
Whitnsville, MA 01588

Enhanced Recovery Company
PO Box 57547
Jacksonville, FL 32241

National Grid
Po Box 11739
Newark, NJ 07101

Internal Revenue Service
15 New Sudbury Street
Boston, MA 02203

Town of Canaan
PO Box 38
Canaan, NH 03741

                                                            _/s/ Todd S. Dion_ _
                                                            Todd S. Dion, Esq.