## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re )
)
DANIEL P. HENLEY, )
) Chapter 13
Debtor ) Case No. 15-40889-MSH
)
)
)
)

## CHAPTER 13 TRUSTEE'S CERTIFICATE OF NONCOMPLIANCE

I, Joanne Zoto Psilos, state as follows:

1.      I am a Staff Attorney with the Office of the Standing Chapter 13 Trustee for the Western Division of the District of Massachusetts, Denise M. Pappalardo (the "Trustee"). The Trustee is the standing Trustee in the above-captioned case and I have personal knowledge of the facts herein.

2.      On or about May 4, 2015, the above-captioned debtor (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

3.      On or about July 10, 2015, the Trustee convened and presided at a §341 meeting of creditors.

4.      On or about July 13, 2015, the Trustee and the Debtor filed a Motion and Agreed Order to Extend the Time for Chapter 13 Trustee to File Objection to Confirmation of Chapter 13 Plan and Exemptions ( the "Motion"). On or about July 13, 2015, the Court allowed the Motion.

5.      The Motion provides, in part, that the Debtor will file an amended Means Test, amended Schedules "C" and "I" and a certification regarding taxes/domestic support obligations by July 31, 2015. Furthermore, failure to comply would result in the filing of a certificate of noncompliance and dismissal of the case without a further hearing after seven days notice to Debtor and counsel.

6.      The Trustee submits that the Debtor has failed to comply with the terms of the Motion. Therefore, the case should be dismissed.

Sworn under pains and penalties of perjury this date.

Office of the Standing Chapter 13 Trustee


/s/ Joanne Psilos
Joanne Zoto Psilos
Staff Attorney
BBO # 556997
PO Box 16607
Worcester, MA 01608
(508) 791-3300
denisepappalardo@ch13worc.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within was served on the Debtor's counsel of record by first class mail, postage prepaid.


Dated : 8\5\15-

/s/ Joanne Psilos
Joanne Zoto Psilos


TODD S. DION, ESQ.
1599 SMITH STREET
NORTH PROVIDENCE, RI 02911

DANIEL P. HENLEY
79 MAIN STREET
UPTON, MA 01568