## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

_____
Henley, Daniel P.                                    )
                                                                    )
              Debtor,                                 )         CHAPTER 13
                                                                    )         CASE NO. 15-40889
                                                                    )
_____)

## MOTION TO AMEND

      Now comes Daniel P. Henley, Debtor in the above-entitled case, by and through counsel undersigned, who hereby respectfully requests this Honorable Court grant his motion to amend Schedules A, B, C, I & J, Summary of Schedules, Form B22C1 and Form B22C2 to reflect updated and accurate information as compared to the information as stated on the original schedules and forms.

      The Debtor's Schedule A was originally filed showing that the Debtor owned real property but failed to note with accuracy that his ownership interest was shared as Joint Tenancy in each property listed. As such Schedule A must be Amended to reflect the correct ownership interest and reduce the value of Debtor's interest accordingly.

      Also, Schedule B must be Amended subsequent to a request by the Trustee for a more accurate evaluation of a boat owned by the Debtor in partnership with his parents. The Amendment to Schedule B also requires that Schedule C be Amended to reflect the same valuation of the Debtor's interest in said boat.

      Additionally, Schedules I & J must be Amended to reflect more accurate income figures to correct a mathematical error noted by the Trustee during the initial examination of the Debtor's finances at the first creditor's meeting. This more accurate and updated information requires the Amendment of Form B22C1 and Form B22C2 as well.

      The Summary of Schedules and Statistical Summary require amendment to reflect the changes to the Schedules as noted hereinabove.

      WHEREFORE, for the reasons as set forth herein above, Daniel P. Henley, Debtor in the above-entitled case, by and through counsel undersigned, hereby respectfully requests this Honorable Court grant his motion to amend Schedules A, B, C, I & J, Summary of Schedules, Form B22C1 and Form B22C2 to reflect updated and accurate information as compared to the information as stated on the original schedules and forms

Dated: August 11, 2014

Respectfully Submitted,
Daniel P. Henley, Debtor,
By his Attorney,

 */s/ Todd S. Dion*
Todd S. Dion, Esq. (#6852)
1599 Smith Street
North Providence, RI 02911
Telephone: 401-965-4131
Facsimile:  401-429-6183
toddsdion@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2015, a copy of the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on the following affected parties;

UniBank for Savings
49 Church Street
Whitnsville, MA 01588

Enhanced Recovery Company
PO Box 57547
Jacksonville, FL 32241

National Grid
Po Box 11739
Newark, NJ 07101

Internal Revenue Service
15 New Sudbury Street
Boston, MA 02203

Town of Canaan
PO Box 38
Canaan, NH 03741

_/s/ Todd S. Dion_ _
Todd S. Dion, Esq.