UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| DAVID HENLEY, | ) | Chapter 13 |
| | ) | Case No 15-40889-MSH |
| Debtor | ) | |
| | ) | |
| | ) | |

MOTION OF CHAPTER 13 TRUSTEE
TO CONVERT CASE TO CHAPTER 7

Now comes the Chapter 13 trustee (the "Trustee") and respectfully moves that this Court

convert this matter to a case under Chapter 7 of the United States Code. In support thereof, the

Trustee states as follows:

1. On May 4, 2015, the Debtor filed for relief under Chapter 13 of the United States

Bankruptcy Code, 11 U.S.C. §§ 101 et seq. as amended by the Bankruptcy Abuse Prevention and

Consumer Protection Act of 2005 (the "Act").

2. On July 10, 2015, the Trustee convened and presided at a § 341 meeting of creditors (the

"Meeting"). The Debtor appeared at that time and gave testimony under oath concerning his

Schedules and Statement of Financial Affairs.

3. The Trustee was unable to recommend confirmation of the Debtor's plan.

4. Upon information and belief, on or about February 22, 2007, the Debtor acquired real

estate located at Eden Trail Road, Leyden, Massachusetts (the "Leyden Property") (See, Exhibit

"A"). Upon information and belief, the Debtor may be storing construction equipment on the

Leyden Property. The Leyden Property is not disclosed on Schedule "A" or Amended Schedule

"A". In addition, to the extent the Debtor is the owner of said equipment, it is not disclosed on

Schedule "B" or Amended Schedule "B".

.   5. Furthermore, upon information and belief, the Debtor acquired real estate located in

Canaan, New Hampshire (the "Canaan Property"). Based on town records, the tax assessed

value is $28,500.00. The Canaan Property is not disclosed on Schedule "A" or Amended

Schedule "A".

6. As the Debtor failed to disclose the Leyden Property and the Canaan Property on

Schedule "A" and Amended Schedule "A" and may have failed to disclose construction

equipment on Schedule "B" and Amended Schedule "B", the Debtor is not proceeding in good

faith as set forth in §§1325(a)(3) and (7).  Thus, the case should be converted to Chapter 7

pursuant to 11 U.S.C. §1307 ( c) of the Code.  *See, Zizza v. Pappalardo (In re Zizza),* 500 B.R.

288, 293 (B.A.P. 1st Cir. 2013)(Record firmly establishes sufficient indicia of bad faith to warrant

conversion where debtor failed to disclose two assets); *Sullivan v. Breslin, (In re Sullivan),* 326

B.R. 204, 211 (B.A.P. 1st Cir. 2005)(Debtor must exercise good faith in filing the petition and in

proposing the plan); *In re Virden*, 279 B.R. 401, 409 (Bankr. D. Mass 2002)( the bottom line

when assessing the debtor's good faith is whether the debtor is attempting to thwart his creditors

or is making an honest effort to repay them to the best of his ability.) *See also, In re Scotten*, 281

B.R. 147 (Bankr. D. Mass. 2002).


WHEREFORE, the Trustee respectfully requests that this Court enter an Order converting

this case to a case under Chapter 7.

Respectfully submitted,
Standing Chapter 13 Trustee

Dated: August 20, 2015 /s/Joanne Psilos
Denise M. Pappalardo, Trustee
BBO # 553293
Joanne Psilos, Staff Attorney
BBO # 556997
P.O. Box 16607
Worcester, MA 01601
(508) 791-3300
denisepappalardo@ch13worc.com

Bk: 05279 Pg: 223   Exhibit "A"

2007 00002829
Bk: 5279 Pg: 223   Doc: DEED
Page: 1 of 2   03/05/2007 12:44 PM



## AFFECTED PREMISES:
## EDEN TRAIL ROAD
## LEYDEN, MA

WE, **ELISABETH M. EGURBIDE** of 85 Viscount Drive, 2E Milford, CT; **JOSE A. EGURBIDE** of 85 Viscount Drive, 2E Milford, CT and **JUAN CALZACORTA** of Bizkaia, Spain;

In Consideration of **TWENTY SEVEN THOUSAND FIVE HUNDRED and 00/100 ($27,500.00) DOLLARS**;

Grants to **DANIEL P. HENLEY**, with a mailing address of P.O. Box 228, Upton, MA 01568

WITH **QUITCLAIM COVENANTS**

The Land in Leyden, Massachusetts more particularly described in Exhibit A attached hereto and made part hereof.

Executed as a sealed instrument this _22nd_ day of _February_ , 2007.

_____

Witness

_____

Witness

_Yolanda Egurbide_

Witness

_Elisabeth M. Egurbide_

ELISABETH M. EGURBIDE

_Jose A. Egurbide_

JOSE A. EGURBIDE

_Juan J. Calzacorta_

JUAN CALZACORTA

STATE OF CONNECTICUT                                    February 22, 2007
NEW HAVEN, SS
Then personally appeared the above named Elisabeth M. Egurbide, personally
known to me, who acknowledged the foregoing instrument to be her free act and
deed, My appointment expires 6/30/2010
before me

_Thomas O'Neill_

_Notary Public_

Thomas J. O'Neill

MASSACHUSETTS EXCISE TAX
Franklin District ROD #11 001
Date: 03/05/2007 12:44 PM
Ctrl# 006516 08820 Doc# 00002829
Fee: $125.40 Cons: $27,500.00

VALLEY TITLE CO. 413.774.6359 FILE#7652-A

## EXHIBIT A

The land situated on the westerly side of Eden Trail Road, Leyden, Franklin County, Massachusetts, bounded and described as follows:

Commencing at an iron pipe set, or to be set, in the westerly line of said Eden Trail Road, said point marking the northeast corner of land of Gary J. Giacomoni (formerly of Patten Realty Corporation) as shown on a plan entitled "Plan of Land In Leyden, Massachusetts Prepared For Harry Patten", dated 1-24-79, Scale 1" = 100', prepared by Almer Huntley, Jr. & Associates, Inc. Surveyors-Engineers-Planners, 125 Pleasant Street, Northampton, Mass. and recorded in the Franklin County Registry of Deeds in Book 46, Page 75;

Thence S 81° 30' 23" W, 200.00 feet to an iron pipe set, or to be set, in the northerly line of said Giacomoni land;

Thence turning and running S 43° 00' 00" W, 1395.92 feet on said Giacomoni land, to an iron pipe set at a Virginia rail fence which marks the common intersection of said Giacomoni land, land now or formerly of Clem Morgello, land now or formerly of Donald C. Herron and the parcel herein described;

Thence turning and running in an easterly direction, following said Virginia rail fence, on six courses, in the easterly and southerly lines of said Herron land as follows: N 06° 24' 34" W, 161.37 feet to an iron pipe; N 04° 10' 25" E, 462.97 feet to an iron pipe; N 02° 29' 02" W, 252.84 feet to an iron pipe; N 53° 55' 19" E, 521.89 feet to an iron pipe; S 87° 18' 49" E, 116.12 feet to an iron pipe; N 27° 39' 04" E, 76.27 feet to an iron pipe set at the southwest corner of land now or formerly of Zimmer;

Thence N 81° 09' 52" E, 611.76 feet, in the southerly line of said Zimmer land, to an iron pipe set in the westerly line of said Eden Trail Road;

Thence turning and running S 07° 25' 11" E, 98.63 feet to a Massachusetts highway bound;

Thence turning and running S 13° 25' 34" W, 195.20 feet to the place and point of beginning. Being Lot 1 as shown on said plan and containing 15.407 acres, more or less.

Meaning and intending to convey and hereby conveying the same premises conveyed to Jose A. Egurbide, Elisabeth M. Egurbide, Juan Calzacorta and Rosa Maria Calzacorta by deed of Patten Realty Corporation dated May 8, 1979 and recorded at the Franklin County Registry of Deeds at Book 1578, Page 291. Title is as remaining joint tenants, Rosa Maria Calzacorta having died on December 23, 2000.

ATTEST: FRANKLIN COUNTY, MASS. Joseph A. Gochinski Register



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re                                          )
                                               )
    DAVID HENLEY,                              )
                                               )    Chapter 13
                        Debtor                 )    Case No 15-40889-MSH
                                               )
                                               )

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the within was sent to the Debtor, Debtor's counsel of record, and those parties who filed an appearance by first class mail, postage prepaid and/or electronically.

Dated: 8/20/15 .

/s/ Denise M. Pappalardo
Denise M. Pappalardo, BBO # 553293
Joanne Zoto Psilos, BBO # 556997
P.O. Box 16607
Worcester, MA 01601
(508) 791-3300
denisepappalardo@ch13worc.com

## SERVICE LIST

Richard King
Asst. United States Trustee
446 Main Street
Worcester, MA 01608

See Exhibit "A"

Todd Dion, Esq.
1599 Smith Street
N. Providence, RI 02911

Daniel Henley
79 Main Street
Upton, MA 01568

*Exhibit "A"*

Label Matrix for local noticing
0101-4
Case 15-40889
District of Massachusetts
Worcester
Thu Aug 20 13:18:58 EDT 2015

UniBank for Savings
49 Church Street
Whitinsville, MA 01588-1400

Worcester
U. S. Bankruptcy Court
595 Main Street
Worcester, MA 01608-2060

Enhanced Recovery Company
PO Box 57547
Jacksonville, FL 32241-7547

Internal Revenue Service
15 New Sudbury Street
Boston, MA 02203-0208

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

National Grid
Po Box 11739
Newark, NJ 07101-4739

Town of Canaan
PO Box 38
Canaan, NH 03741-0038

UniBank for Savings
49 Church Street
Whitnsville, MA 01588-1400