**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

_____
Henley, Daniel P.                                          )
                                                                    )
         Debtor,                                      )        CHAPTER 13
                                                                    )        CASE NO. 15-40889
                                                                    )
_____)

**MOTION TO AMEND**

      Now comes Daniel P. Henley, Debtor in the above-entitled case, by and through counsel undersigned, who hereby respectfully requests this Honorable Court grant his motion to amend Schedules A, B, C, I & J, Summary of Schedules, Form B22C1 and Form B22C2 to reflect updated and accurate information as compared to the information as stated on the original schedules and forms.

      The Debtor's Schedule A was originally filed showing that the Debtor owned real property but failed to note with accuracy that his ownership interest was shared as Joint Tenancy in each property listed. As such Schedule A must be Amended to reflect the correct ownership interest and reduce the value of Debtor's interest accordingly.

      Also, Schedule B must be Amended subsequent to a request by the Trustee for a more accurate evaluation of a boat owned by the Debtor in partnership with his parents. The Amendment to Schedule B also requires that Schedule C be Amended to reflect the same valuation of the Debtor's interest in said boat.

      Additionally, Schedules I & J must be Amended to reflect more accurate income figures to correct a mathematical error noted by the Trustee during the initial examination of the Debtor's finances at the first creditor's meeting. This more accurate and updated information requires the Amendment of Form B22C1 and Form B22C2 as well.

      The Summary of Schedules and Statistical Summary require amendment to reflect the changes to the Schedules as noted hereinabove.

      WHEREFORE, for the reasons as set forth herein above, Daniel P. Henley, Debtor in the above-entitled case, by and through counsel undersigned, hereby respectfully requests this Honorable Court grant his motion to amend Schedules A, B, C, I & J, Summary of Schedules, Form B22C1 and Form B22C2 to reflect updated and accurate information as compared to the information as stated on the original schedules and forms

Dated: August 11, 2014

*[Left margin, rotated:] 08/27/2015 ALLOWED. NO OBJECTIONS FILED. THE TIME TO OBJECT TO THE AMENDED EXEMPTIONS PURSUANT TO FRBP 4003(b)(1) SHALL RUN FROM THE DATE OF ENTRY OF THIS ORDER ON THE DOCKET.* [signature]